UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LOCAL UNION NO. 1 OF THE UNITED					JUDGMENT
ASSOCIATION OF JOURNEYMEN &					16-CV- 0547 (NG)
APPRENTICES OF THE PLUMBING &
PIPEFITTING INDUSTRY OF THE
UNITED STATES & CANADA, by
MICHAEL APUZZO, as Financial
Secretary-Treasurer,

                        Petitioners,

      -against-

P.A.C. HEATING INC., d/b/a P.A.C.
PLUMBING, HEATING & AIR
CONDITIONING,

                        Respondent.
-------------------------------------------------------------X

       An Opinion and Order of Honorable Nina Gershon, United States District Judge, having been filed on March 24, 2017, granting Petitioner's motion for summary judgment to confirm the award; denying Respondent's motion to vacate the award; awarding Petitioner pre-judgment interest in the amount of 9% per annum form the date of the award to the date of entry of judgment; and the Clerk of Court having calculated pre-judgment interest of 9% per annum from March 1, 2015 and the pre-judgment interest being $12,582.73; it is

       ORDERED and ADJUDGED that Petitioner's motion for summary judgment is granted; and that judgment is hereby entered in favor of Petitioner Local Union No. 1 of the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, by Michael Apuzzo, as Financial Secretary-Treasurer, and against

**JUDGMENT** 16-CV- 0547 (NG)

Respondent P.A.C. Heating Inc., d/b/a P.A.C. Plumbing, Heating & Air Conditioning, in the amount of $80,082.73.

| | |
|---|---|
| Dated: Brooklyn, New York<br>March 27, 2017 | Douglas C. Palmer<br>Clerk of Court |
| | by:     */s/ Janet Hamilton*<br>         Deputy Clerk |